UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ASSOCIATE JUSTICE<br>JEFFERSON D. HUGHES III, | * CIVIL ACTION NO. 2:15-cv-07165<br>* |
| Plaintiff, | * JUDGE MARY ANN VIAL LEMMON<br>* |
| VERSUS | * MAGISTRATE JUDGE<br>* DANIEL E. KNOWLES, III |
| CHIEF JUSTICE BERNETTE J. JOHNSON,<br>ASSOCIATE JUSTICE GREGG G. GUIDRY,<br>ASSOCIATE JUSTICE MARCUS R. CLARK,<br>AND ASSOCIATE<br>JUSTICE JOHN L. WEIMER, | *<br>*<br>*<br>*<br>* |
| Defendants. | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the forgoing Unopposed Motion to Reset Submission Date,

IT IS HEREBY ORDERED that the submission date for movers, Vincent Charles Bundrick, Cajun Pride, Inc., Robert L. Walton, Bonnie Walton, John Keith Lamm, Deborah Broussard Lamm, and Citizens for Clean Water and Land PAC, L.L.C.'s Motion for Leave to Intervene be continued from March 2, 2016 to March 30, 2016.

THUS DONE AND SIGNED on this _____ day of _____, 2016 in New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE