UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JEFFERSON D. HUGHES, III** | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-7165** |
| **BERNETTE J. JOHNSON, ET AL.** | **SECTION "S" (3)** |

## ORDER

Before the Court is a motion to continue. [Doc. #4].

The motion is granted.

**IT IS ORDERED** that the **Motion for Leave to Intervene [Doc. #3]** is **SET FOR ORAL HEARING** before the undersigned Magistrate Judge on **Wednesday, March 30, 2016 at 11:00 a.m.** in Courtroom B305 at 500 Poydras St. (Hale Boggs Federal Bldg.), New Orleans, Louisiana. Any memorandum in opposition and any reply memorandum shall be filed in accordance with the Local Rules of this Court.

New Orleans, Louisiana, this 19th day of January, 2016.

_____
**DANIEL E. KNOWLES, III**
**UNITED STATES MAGISTRATE JUDGE**