UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ASSOCIATE JUSTICE<br>JEFFERSON D. HUGHES III, | * | CIVIL ACTION NO. 2:15-cv-07165 |
| Plaintiff, | * | JUDGE MARY ANN VIAL LEMMON |
| VERSUS | * | MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |
| CHIEF JUSTICE BERNETTE J. JOHNSON,<br>ASSOCIATE JUSTICE GREGG G. GUIDRY,<br>ASSOCIATE JUSTICE MARCUS R. CLARK,<br>AND ASSOCIATE<br>JUSTICE JOHN L. WEIMER, | * | |
| Defendants. | * | |

*********************************************

## O R D E R

Considering the forgoing motion,

IT IS HEREBY ORDERED that the Motion for Leave to File Reply to Response to Proposed Intervenors' Motion for Leave to Intervene is granted.

New Orleans, Louisiana this  28th  day of _____March_____, 2016.

_____
United States Magistrate Judge